AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

FID
10095732

for the

District of Columbia

U.S. ............
RECEIVED ........ '24

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:24-mj-00226 |
| Jenarro Raymond Hewett | ) Assigned To : Judge G. Michael Harvey |
| | ) Assign. Date : 7/22/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

    **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jenarro Raymond Hewett
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☒ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1951 (Conspiracy to Interfere with Interstate Commerce by Robbery)

Date:      07/22/2024

Digitally signed by
G. Michael Harvey
Date: 2024.07.22
11:16:05 -04'00'

*Issuing officer's signature*

City and state:         Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  7/22/24 , and the person was arrested on *(date)*  7/24/24 at *(city and state)*  Washington DC |
| Date:  7/25/24 |
| *Arresting officer's signature* |
| Ross Kontola |
| *Printed name and title* |